**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1558

Wright Manufacturing, Inc.

v.

The Toro Company

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Wright Manufacturing, Inc.

Party is (select one)   ✓ Appellant/Petitioner      ☐ Cross-Appellant
                        ☐ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No.  Patent Trial and Appeal Board - Reexam No. 95/001,742

Date of Judgment/Order  02/14/2014      Type of Case  Inter Partes Reexamination

Relief sought on appeal  Reversal of rejections under 35 U.S.C. 103(a) against claims

Relief awarded below (if damages, specify)
None

Briefly describe the judgment/order appealed from

Patent Trial and Appeal Board's decision affirming Examiner's rejection of claims 1, 3, 4, and 6-17 in an inter partes reexamination of U.S. Patent No. 6,935,093 B2.

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued   _____

Wright Manufacturing, Inc. v. The Toro Company, No. 14-1534

_____

Brief statement of the issues to be raised on appeal _____

Appellant appeals the rejections under 35 U.S.C. 103(a) of claims 1, 3, 4, and 6-17.

_____

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom? _____

_____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

If you answered no, explain why not _____

The parties have had settlement discussions without being able to reach an agreement.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

None

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this  7th  day of  July , 2014

by:  electronic means (ECF)
(manner of service)

| Joseph A. Rhoa | /s/ Joseph A. Rhoa |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Nixon & Vanderhye P.C.

Address  901 North Glebe Road, 11th Floor

City, State, ZIP  Arlington, VA 22203

Telephone Number  (703) 816-4000

FAX Number  (703) 816-4100

E-mail Address  jar@nixonvan.com

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jul 7, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Joseph A. Rhoa | /s/ Joseph A. Rhoa |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.
Address: 901 North Glebe Road, 11th Floor
City, State, ZIP: Arlington, VA 22203
Telephone Number: (703) 816-4000
FAX Number: (703) 816-4100
E-mail Address: jar@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.