NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**WRIGHT MANUFACTURING, INC.,**
*Appellant,*

**v.**

**THE TORO COMPANY,**
*Appellee.*

———————————————

2014-1558

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Reexamination No. 95/001,742.

———————————————

## O R D E R

Appellant Wright Manufacturing, Inc., moves unopposed for a 30-day extension of time, until September 22, 2014, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.  Briefing in this matter is stayed pursuant to Fed. Cir. R. 31(c).


                                        FOR THE COURT

July 10, 2014                           /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court